UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ARON LEE PENBERTHY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:23 CV 1456 JMB |
| EAST MISSOURI ACTION AGENCY, INC., | ) ) ) |
| Defendant. | ) |

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that pursuant to the Stipulation filed on September 6, 2024 (Doc. 27), this matter is **DISMISSED with prejudice** with each party to bear their own costs and fees.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 9th day of September, 2024